THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FLUDD, Appellant.

Submitted April 23, 2007; decided April 26, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.